UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ARMANTE' LELAND GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV625-007 |
| | ) | |
| TYRONE OLIVER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 4), to which no objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. (Doc. no. 4.) Golden's Complaint is DISMISSSED. (Doc. no. 1.) The Clerk is DIRECTED to CLOSE this case.

ORDER ENTERED at Augusta, Georgia, this 14th day of May, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA