AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ARMANTE' LELAND GOLDEN,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV625-7

TYRONE OLIVER, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated May 14, 2025, the Magistrate Judge's Report and Recommendation

is adopted as the Court's opinion; therefore, the complaint is dismissed. This case stands closed.

| 5/14/25 | John E. Triplett, Clerk of Court |
|---------|----------------------------------|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020